UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA LOGAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE INDIANA DEPARTMENT OF )<br>CORRECTIONS, DEAN REIGER, ROSE )<br>VAISVILAS, JIM LADD, RON RICE, )<br>DOUGGEHRKE, PRISON HEALTH )<br>SERVICES OF INDIANA, LLC and CRAIG )<br>UNDERWOOD, )<br>)<br>Defendants. )<br>) | 1:04-cv-0797-SEB-JPG |

## JUDGMENT

The court, having granted the First Motion to Reconsider Defendant's Motion for Summary Judgment **(Document #74)** in a concurrent ruling, now enters summary judgment in favor of Defendants PHS and Underwood on the entirety of Plaintiff's Complaint. Each party shall bear its own cost.

**IT IS SO ORDERED**   06/26/2006

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Richard M. Bramer
INDIANA STATE ATTORNEY GENERAL
rbramer@atg.state.in.us

David Robert Brimm
WAPLES & HANGER
dbrimm@wapleshanger.com

Roger K. Kanne
ZEIGLER COHEN & KOCH
rkanne@zcklaw.com

Kathryn Lynn Morgan
INDIANA STATE ATTORNEY GENERAL
kmorgan@atg.state.in.us

Juliana Beth Pierce
INDIANA STATE ATTORNEY GENERAL
jpierce@atg.state.in.us

Richard A. Waples
WAPLES & HANGER
richwaples@aol.com